# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Diana Ransom, et al.

Plaintiffs,

V.

City of Henderson, et al.

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-01588-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiffs shall recover from Defendants, City of Henderson, William Hart, Benson Harper, Ian Massy and Mark Jacobs, Judgment as follows: Randy Ransom in the amount of $50,000.00; Garrett Ransom in the amount of $30,000.00; and Shannon Ransom, by and through her Guardian ad Litem, Diana Ransom in the amount of $10,000.00, inclusive of all costs and attorneys' fees.

February 18, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ Patti Smythe

(By) Deputy Clerk